# RECORD OF FUNDS RECEIVED FOR DEPOSIT

## INTO REGISTRY ACCOUNT

TO:    1. Intake Clerk *

       2. Case Administrator

FROM:    Financial Administrator    **UC**

DATE:    **1-19-2010**

CASE NAME:    **Roberts**

CASE NUMBER:    **04-36662**

Check Number **606535** in the amount of $ **666.55** was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: **10409**    Intake Clerk's Initials **OK**

* AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE <u>FORWARD TO</u> THE APPROPRIATE <u>CASE ADMINISTRATOR</u>.

#4b-F

Office Of The Chapter 13 Trustee
Western District of Pennsylvania
US Steel Tower - Suite 3250
600 Grant Street
Pittsburgh PA 15219

Ronda J. Winnecour
Standing Trustee

Richard J. Bedford　　　　　　　　　　　　　　　Phillip J. McHale, III
Chief Counsel　　　　　　　　　　　　　　　　　 Chief Accountant

January 13, 2010

John J. Horner, Esquire　　　　　OR　　　　John J. Horner, Esquire
Clerk, U.S. Bankruptcy Court　　　　　　　 Clerk, U.S. Bankruptcy Court
5414 U.S. Steel Tower　　　　　　　　　　　 U.S. Courthouse, Room B160
600 Grant Street　　　　　　　　　　　　　　17 South Park Row
Pittsburgh PA 15219　　　　　　　　　　　　Erie PA 16501

RE:　KEITH A. ROBERTS
　　　CAROL J. ROBERTS
Case No.: 04-36662　D

Dear Mr. Horner:

　　I enclose herein a check which represents unclaimed monies in the Chapter 13 case referenced above.

　　These funds are owned by the following creditor. The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan. The address shown is based on the Trustee's best and most recent information.

```
AMERICAN GENERAL CDC++
150 PITTSBURGH ST STE 22B
UNIONTOWN PA
                                15401
```

CHECK NUMBER __666535__　　　　　AMOUNT $ __606.55__

　　The disbursement(s) was returned to the Trustee for the following reason:

_____　a.　Trustee has been unable to locate Creditor.

_____　b.　Creditor returned funds.

_____　c.　Stale dated, check 90 days old and not negotiated.

　　X　　OTHER: CREDITOR IS ON GLOBAL RESERVE.

Page Two
Unclaimed funds
04-36662 D

    Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

                            Very truly yours,

                            RONDA J. WINNECOUR
                            for Standing Chapter 13 Trustee

cc: CHARLES O ZEBLEY ESQ*
    KEITH A. ROBERTS
    CAROL J. ROBERTS
    AMERICAN GENERAL CDC++
    Creditor