# RECORD OF FUNDS RECEIVED FOR DEPOSIT

## INTO REGISTRY ACCOUNT

TO:    1. *Intake Clerk* *

        2. *Case Administrator*

FROM: *Financial Administrator*

DATE: **12·22·08**

UC

CASE NAME: **Cogney**

CASE NUMBER: **05-22717**

Check Number **600770** in the amount of $ **648.00** was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: **7668**    Intake Clerk's Initials **DRB**

---

\*    AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE <u>CASE ADMINISTRATOR</u>.

#4b-F

DEC 22 A11:55
CLERK
U.S. BANK.
COURT

Office Of The Chapter 13 Trustee
Western District of Pennsylvania
US Steel Tower - Suite 3250
600 Grant Street
Pittsburgh PA 15219

Ronda J. Winnecour
Standing Trustee

Richard J. Bedford                                    Phillip J. McHale, III
Chief Counsel                                         Chief Accountant

December 17, 2008

John J. Horner, Esquire              OR        John J. Horner, Esquire
Clerk, U.S. Bankruptcy Court                   Clerk, U.S. Bankruptcy Court
5414 U.S. Steel Tower                          U.S. Courthouse, Room B160
600 Grant Street                               17 South Park Row
Pittsburgh PA 15219                            Erie PA 16501

RE:   KATHLEEN F. COONEY

Case No.: 05-22717  D

Dear Mr. Horner:

   I enclose herein a check which represents unclaimed monies in the Chapter 13 case referenced above.

   These funds are owned by the following creditor. The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan. The address shown is based on the Trustee's best and most recent information.

EVERHOME MORTGAGE CO*
ATTN: CASHIER - BANKRUPTCY*
8100 NATIONS WAY*
JACKSONVILLE FL                          32256

CHECK NUMBER  609770         AMOUNT $  1048.00

   The disbursement(s) was returned to the Trustee for the following reason:

_____ a.   Trustee has been unable to locate Creditor.

  X    b.   Creditor returned funds.

_____ c.   Stale dated, check 90 days old and not negotiated.

Page Two
Unclaimed funds
05-22717 D

    Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

                                         Very truly yours,

                                         RONDA J. WINNECOUR
                                         for Standing Chapter 13 Trustee

cc: KENNETH STEIDL ESQ
    KATHLEEN F. COONEY

    EVERHOME MORTGAGE CO*
    Creditor