## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

DAVID J. URBANIK                                   Case No. 08-22807 TPA


                    Debtor(s)
RONDA J. WINNECOUR,                                Chapter 13
Standing Chapter 13 Trustee,

                    Movant                         Document No __
              vs.
NATIONAL CITY BANK


              Respondents

### NOTICE OF FUNDS ON RESERVE

   The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

   The creditor seeks to change the payee name for a claim, to wit:  PNC MORTGAGE .  No further payments will be issued on this debt until a proof of assignment / notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P. 3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee.  [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.]   At some future point, the Trustee may seek leave to deposit the funds into Court.


NATIONAL CITY BANK                          Court claim# 19/Trustee CID# 56
C/O NATIONAL CITY MORTGAGE CO
3232 NEWMARK DR
MIAMISBURG, OH 45342


The Movant further certifies that on 01/22/2013 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

                                   /s/ Ronda J. Winnecour
                                   RONDA J WINNECOUR PA ID #30399
                                   CHAPTER 13 TRUSTEE WD PA
                                   600 GRANT STREET
cc:  debtor(s)                     SUITE 3250 US STEEL TWR
     original creditor             PITTSBURGH, PA  15219
     putative creditor             (412) 471-5566
     counsel for debtor(s)         cmecf@chapter13trusteewdpa.com
     counsel for the creditor(s) (if known)

DEBTOR(S):
DAVID J. URBANIK, 421 WILSON
AVENUE, WASHINGTON, PA  15301

ORIGINAL CREDITOR'S COUNSEL:
JAY B JONES ESQ, PHELAN
HALLINAN & SCHMIEG, 1 PENN CTR
STE 1400, PHILADELPHIA, PA  19103

NEW CREDITOR:
PNC MORTGAGE
3232 NEWMARK DRIVE
MIAMISBURGH, OH 45342

DEBTOR'S COUNSEL:
JASON MAZZEI ESQ, MAZZEI &
ASSOCIATES, 432 BLVD OF THE
ALLIES, PITTSBURGH, PA  15219

ORIGINAL CREDITOR:
NATIONAL CITY BANK, C/O
NATIONAL CITY MORTGAGE CO,
3232 NEWMARK DR, MIAMISBURG,
OH  45342