## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | BANKRUPTCY CASE NO.: 04-21259-JKF |
| ) | |
| Christian T. Cingolani and Molly A. ) | CHAPTER 13 |
| Cingolani, ) | |
| ) | Related to Docket No.213 |
| Debtors. ) | |
| _____ ) | Hearing Date & Time: May 9, 2012 @ 1:30 |
| ) | PM |
| PNC Bank, N.A., s/b/m/t National City ) | |
| Bank, ) | Objections due by: April 30, 2012 |
| ) | |
| Movant, ) | |
| ) | |
| vs. ) | |
| ) | |
| Christian T. Cingolani and Molly A. ) | |
| Cingolani, Debtors; and Ronda J. ) | |
| Winnecour, Trustee, ) | |
| ) | |
| Respondents ) | |

### CERTIFICATION OF NO OBJECTION REGARDING MOTION FOR PAYMENT OF UNCLAIMED FUNDS (DOCKET NO. 213)

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Motion for Payment of Unclaimed Funds filed on April 4, 2012, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion for Payment of Unclaimed Funds appears thereon. Pursuant to the Notice of Hearing, objections to the Motion For Payment of Unclaimed Funds were to be filed and served no later than April 30, 2012.

It is hereby respectfully requested that the Order attached to the Motion for Payment of Unclaimed Funds be entered by the Court.

Respectfully submitted

GRENEN & BIRSIC, P.C.

Dated: 5/1/12            By:    /s/ Beth L. Slaby
                                Beth L. Slaby, Esquire
                                PA ID No. 209503
                                Attorney for PNC Bank, N.A.
                                One Gateway Center, 9th Floor
                                Pittsburgh, PA 15222
                                412-281-7650
                                Email: bslaby@grenenbiris.com